Case 4:09-cv-02138-JHH-JEO   Document 1   Filed 10/21/09   Page 1 of 6

FILED
2009 Oct-22 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-09-H-2138-M

1983 Form

# In the United States District Court
# For the Northern District of Alabama

Sandy Marie Enriquez

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Etowah Co. Jail, Chief Reats; Sgt. Claire Reeves
Doctor's Care Pri. Corp.; Dr. Roger Buck, Brandy Clay, Amy Gamble
Gadsden Regional Hospital (OB/Gyn staff)
Individually and their official capacities et. al.

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit

           Plaintiff(s): _____

           Defendant(s) _____

       2.  Court (if Federal Court, name the district; if State Court, name the county)

           _____

       3.  Docket Number _____

       4.  Name of judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. Place of present confinement **Julia Tutwiler Prison for Women**

A.  Is there a prisoner grievance procedure in this institution?
    Yes ( )    No (✓)

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( )    No ( )

C.  If your answer is YES:

    1.  What steps did you take? _____

        _____

    2.  What was the result? _____

        _____

        _____

D.  If your answer is NO, explain why not? _____

    _____

    _____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s) **Sandy Marie Enriquez**
    **8966 Hwy 231, Wetumpka, Al. 36092**

    Address _____

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant Etowah Co. Jail, Chief Peak, Claire Reeves, Sgt.

is employed as Chief and Sergt.

at _____

C. Additional Defendants Doctor's Care Pri. Corp. Dr. Roger Buck, Nurse Brandy Clay, Nurse Amy Gamble, Gadsden Regional Hospital (OB/Gyn staff). Et. Al. Individually and in their official capacities.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary. On 6-7-09 I was arrested and placed in Etowah County Dentention Center, of Gadsden, Al. I was 34 weeks pregnant. Per Chief Peak, I was placed in Medical Unit due to my condition, as a high-risk pregnancy, a disturbance to regular population. On 6-20-09 labor begin. Dr. Buck was notified, I was transferred to Gadsden Regional and diagnoised by OB/Gyn staff as contractions 3 to 5 mins. apart, dialation 2cm, and 50% face. I should have been admitted. But was refused because of dialation timing. In severe pain, refused pain relievers. I was placed back in Medical Unit by officer Salvage. Between 3:45 and 4:15 p.m. I tried to tell nurse Amy Gamble and nurse Brandy Clay. I was in pain, I was in labor, that I have skids. I was ignored, neglected for hours. They did a strip exam, but on the 2nd one it test blue, yet I was still refused Medical Care. At 12:00 A.m I was taken for a shower in booking, with no assistance from anyone. When nurse Amy Gamble open the door she throw my pants at me and closed the door. I layed on the floor to relieve the pressure. I was snatched up by S.O.D. officers and Salvage. After 2 hours or so I managed to get to the door and saw nurse Brandy and told her I felt my baby coming. I need to push. She

I moved down. I had to push. There was no medical personnel in the Medical Unit, for more than 1 hour 45 mins. My baby was born without medical professionals in Etowah County jail. I had no sanitation, I had to clean the mucus and matter from her eyes and wrap her in a red County towel. She screamed and cried - I threw out the bloody linens and held my baby, with planceta, umblical cord attached to us, through the hatch for the surveilance camera, to see in hopes someone would come. Sgt. Reeves never appeared. no one for that hour 45 mins. The 3 other inmates made noise enough that a Rover came, and called Code blue. 13 hours later we were accepted, after I gave birth alone, no medical provision or County personell personnel to assist. This was negligance, discrimnation, cruel unusual punishment.

V. **RELIEF**

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Judgements for the indifference and misconduct of defendents. Favor to Sandy Enriquez and her child, favor for damages against all defendants, in an amount sufficient to compensate, for the pain, suffering, negligance, discrimnation and the cruel and unusual treatment of the plaintiff and her unborn child, while in the custody of Etoo Etowah County jail.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              (date)

"
_____
Signature(s)

- 4 -

# AFFIDAVIT

1

To whom this may concern:   FILED

I came to jail on 6-7-09 at 34 weeks pregnant. I gave birth on 6-21-09 at 36 weeks pregnant at approx 2:15 A.M. I and 3 other inmates were all unattended by the nurses' in Medical Unit. I had been placed in Medical due to being a high-risk pregnancy. I was in Medical 13 days before delievery. On 6-20-09, I was sent to Gadsden Regional Hospitial to confirm I was contracting. My contractions were 3 to 5 mins. apart, dialated to 2cm, and 50% face. They did <u>not</u> keep me I was <u>not</u> dialated enough. Returned to jail, within an hour to hour and a half, my contractions were coming very strong. I informed medical, they told me I wasn't in labor, that it was too early and to lay down. I was hurting really bad. Nurses' Amy Gamble and Brandy Clay were on duty this night. They talked and treated me, like me and my baby was garbage. The officers in Etowah Co. Detention Center also was very rude to me. Officer Salvage, made a statement to me," Have you ever heard of the girl who cried wolf?" I said, "yes". He said," well, that's you." While in labor, I was <u>forced</u> to go to booking and shower. I was wheeled there by wheelchair, placed in the shower with <u>no</u> assistance. Nurse Amy Gamble throwed my pants at me, after I was repeatedely asking for help, to put my clothes on, she closed the door and left me unattended. I was hurting so bad, that I ease myself to the floor, in hopes of a little relief. 2 Sod members and a male

10/16/09

JENNIFER LA'RAYNE PATRICK
Notary Public, State of Alabama
Alabama State At Large
My Commission Expires
May 04, 2010

*Jennifer Patrick*

2

officer came in and literally snatched me off the floor, placed me in the wheelchair and officer Salvage returned me back to medical very rudely. When he wheeled me to the cell door I was having a very strong contraction. He told me, "to get out of the chair, that there was nothing wrong with me." I struggled in tears to my bed. About 2 hrs. later I informed the nurses' that I felt like pushing, they (Camy & brandy) told me" it was too early, I was lying, to lay down, it would be ok." Within minutes, I began to push, the nurses' and Officer Salvage left medical as they left medical I hollered "my baby is coming out." No one came. I proceed to push without a choice. I push 3 times and she was out. I delievered her by myself. We were left unattended for over an hour. My baby's hands began to turn purple. I held her and the placenta in my arms. I was pouring blood, plus I'm an anemica. Finally, an officer from unit 6 came to medical. He came to my cell door, I told him I had my baby. He looked as if he were going to pass out. He got on the phone & his radio calling "Code Blue", to medical," within seconds help arrived. Within ~~minut~~ minutes of their help, the paramedics arrived to cut the cord and transport us to Gadsden Regional Medical Hospital. I briefly passed out when they stood me up from an extreme amount of blood loss. GRMH gave me a blood transfusion of 2 pints. After 24 hours I was returned to E.C.D.C.      Sincerely, Sandy Enriquez