FILED
 2010 Aug-24  PM 03:20
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SANDY MARIE ENRIQUEZ, | ) |
| Plaintiff, | ) |
| v. | ) 4:09-cv-02138-JHH-JEO |
| ETOWAH COUNTY JAIL, et al., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 12, 2010, recommending that the plaintiff's discrimination claim and her claims against Etowah County Jail, Chief Peak, Doctor's Care Pri. Corp.,Gadsden Regional Hospital Ob/Gyn Staff, Erica Lane, Judge Allen Millican, and Sheriff Todd Entrekin, be dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.  The magistrate judge further recommends that the plaintiff's Eighth Amendment claim for a lack of medical care and her claim for negligence against defendants Sgt. Claire Reeves, Dr. Roger Buck, Brandy Clay, Amy Gamble, and Chief Scott Hassell, be referred to the magistrate for further proceedings.  No objections were filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, all claims against Etowah County Jail, Chief Peak, Doctor's Care Pri. Corp.,Gadsden Regional Hospital Ob/Gyn Staff, Erica Lane, Judge Allen Millican, and

Sheriff Todd Entrekin are due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. An Order will be entered contemporaneously herewith.

    **DONE** this the   24th   day of August, 2010.

    _____
            SENIOR UNITED STATES DISTRICT JUDGE